UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FTI CONSULTING, INC.,

        Plaintiff,

-against-

INTERACTIVE HEALTH HOLDINGS CORP.,

        Defendant,

**ORDER**

20 Civ. 4449 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that this case is stayed pursuant to 11 U.S.C. § 362(a)(1) pending resolution of Defendant's bankruptcy case No. 20-11527-BLS (D. Del. 2020). The show cause hearing currently scheduled for October 15, 2020 is adjourned <u>sine die</u>. Plaintiff is directed to file a letter every 90 days as to the status of the bankruptcy case.

Dated: New York, New York
       August 11, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge